Chloe Mickel, CO: 50437; WY: 7-6174
Jonathan G. Pray, CO: 36576
Broc Gullett, CO: 56046
Brownstein Hyatt Farber Schreck, LLP
410 17th St., Suite 2200
Denver, CO 80202
Telephone: (303) 223-1100
Email: *cmickel@bhfs.com*; *jpray@bhfs.com*;
*bgullett@bhfs.com*

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

CCC'S CENTER STREET, LLC,

    Plaintiff,

v.                                                                       Case No. 2:22-CV-00112-KHR

IBI GROUP, A CALIFORNIA PARTNERSHIP

    Defendant and Third-Party Plaintiff

v.

JTEC, INC.; CLB ARCHITECTS, INC.; and
DICK ANDERSON CONSTRUCTION, INC.

    Third-Party Defendants.

**CCC'S CENTER STREET, LLC'S FRCP 7.1 CORPORATE DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for CCC's Center Street, LLC states as follows for its Corporate Disclosure Statement:

Entities or individuals to which CCC's Center Street, LLC's citizenship can be attributed for purposes of 28 U.S.C. § 1332(a) are as follows:

- CCC's Holdco, LLC – Wyoming;
- Crystal Creek Capital Fund I, LLC – Wyoming;

- Mountain Standard Group, LLC – Wyoming;
- Individual – Nevada;
- Individual – Wyoming;
- Individual – Wyoming;
- Individual – New York;
- Individual – Wyoming;
- Individual – Mississippi;
- Individual – Wyoming;
- Individual – Wyoming;
- Individual – Wyoming.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: *s/ Chloe Mickel*
Chloe Mickel, CO: 50437; WY: 7-6174
Jonathan G. Pray, CO: 36576
Broc Gullett, CO: 56046

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 21st day of December, 2022, I electronically filed a true and correct copy of the foregoing **CCC'S CENTER STREET, LLC'S FRCP 7.1 CORPORATE DISCLOSURE** with the Court via the CM/ECF System which will send notification of such filing and service upon all counsel of record.

                                                */s/ Jamie Mulholland*
                                         Jamie Mulholland, Paralegal

24135162